RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/24/08
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD McCLAIN | CIVIL ACTION NO. 07-2190 |
| VS. | SECTION P |
| TIM WILKINSON, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this the 24th day of April, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE